PER CURIAM.
Affirmed. Draper v. United States, 358 U.S. 307, 79 S.Ct. 329, 3 L.Ed.2d 327 (1959); State v. Willits, 413 So.2d 791 (Fla. 1st DCA 1982); Smith v. State, 411 So.2d 952 (Fla. 2d DCA 1982); Behr v. State, 376 So.2d 398 (Fla. 1st DCA 1979); Davis v. State, 350 So.2d 834 (Fla. 2d DCA 1977); Suiero v. State, 248 So.2d 219 (Fla. 4th DCA 1971); State v. Doherty, 240 So.2d 332 (Fla. 4th DCA 1970).